

1  WILLIAM J. WRAY, ESQ.
   Nevada Bar No. 5834
2  E-mail:        wwray@nevadafirm.com
   DONNA DIMAGGIO, ESQ.
3  Nevada Bar No. 9794
   E-mail:        ddimaggio@nevadafirm.com
4  HOLLEY DRIGGS, WALCH
   FINE WRAY PUZEY & THOMPSON
5  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
6  Telephone:    702/791-0308
   Facsimile:    702/791-1912
7  *Attorneys for Defendant
   Cobra Thermosolar Plants, Inc.*

8                  UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 THE PRIVATE BANK AND TRUST           Case No. 2:16-cv-00983-KJD-VCF
   COMPANY, a Delaware corporation,
12                                      **STIPULATION AND
              Plaintiff,                [PROPOSED] ORDER TO
13                                      RESPOND TO COMPLAINT**
        v.
14
   COBRA THERMOSOLAR PLANTS, INC., a
15 Nevada corporation,

16            Defendant.

17        COMES NOW, Defendant, COBRA THERMOSOLAR PLANTS, INC.

18 ("Defendant"), by and through its counsel of record, William J. Wray, Esq. and Donna

19 DiMaggio, Esq. of the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY

20 & THOMPSON, and Plaintiff, THE PRIVATE BANK AND TRUST COMPANY

21 ("Plaintiff"), by and through its counsel of record, Shan Davis, Esq. of the law firm of

22 DAVIS|STIBOR, (Plaintiff and Defendant are hereinafter collectively referred to as

23 "Parties") and hereby agree and stipulate as follows:

24        Plaintiff filed a Complaint on May 2, 2016. The Parties are actively engaged in

25 settlement discussions and wish to continue said discussions without incurring the cost of

26 litigation. As such, the Parties agree to allow Defendant an open extension to respond to

27 the Complaint.

10868-01/Stip.doc

1   The Parties agree and stipulate that Defendant shall have an open extension to file
2   a response to the Complaint filed on May 2, 2016, to allow the Parties an opportunity to
3   resolve the matter.
4   The Parties further agree and stipulate that the requirements proscribed in F.R.C.P
5   26 and LR 26-1 be tolled.
6   The Parties further agree and stipulate that should the Parties fail to resolve this
7   matter, Defendant shall have ten (10) days to file a response to the Complaint.

| DATED this 5th day of July, 2016. | DATED this 5th day of July, 2016. |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON<br><br>By: _____<br>WILLIAM J. WRAY, ESQ.<br>Nevada Bar No. 5834<br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 9794<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Cobra Thermosolar Plants, Inc.* | DAVIS STIBOR<br><br>By: _____<br>SHAN DAVIS, ESQ.<br>Nevada Bar No. 9323<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff*<br>*The Private Bank and Trust Company* |

**ORDER**

IT IS SO ORDERED.

DATED: 7-7-2016

_____
~~DISTRICT COURT~~ JUDGE
U.S. Magistrate

- 2 -

10868-01/Stip.doc