WILLIAM J. WRAY, ESQ.
Nevada Bar No. 5834
E-mail:wwray@nevadafirm.com
DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
E-mail:ddimaggio@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorneys for Defendant*
*Cobra Thermosolar Plants, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE PRIVATE BANK AND TRUST
COMPANY, a Delaware corporation,

            Plaintiff,

      v.

COBRA THERMOSOLAR PLANTS, INC., a
Nevada corporation,

            Defendant.

Case No. 2:16-cv-00983-KJD-VCF

**STIPULATION AND
[PROPOSED] ORDER TO
RESPOND TO COMPLAINT**

COMES NOW, Defendant, COBRA THERMOSOLAR PLANTS, INC. ("Defednant"), by and through its counsel of record, Williams J. Wray, Esq., and Donna DiMaggio, Esq., of the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and Plaintiff, THE PRIVATE BANK AND TRUST COMPANY ("Plaintiff"), by and through its counsel of record, Shan Davis, Esq., of the law firm of DAVIS/STIBOR, (Plaintiff and Defendant are hereinafter collectively referred to as "Parties") and hereby agree and stipulate as follows:

Plaintiff filed a Complaint on May 2, 2016.  The Parties initially agreed to an open extension for Defendant to respond to the Complaint.  After a status check with the Court, the Parties agreed to respond to the Complaint by September 16, 2016 or file a stipulation requesting a further extension if settlement discussions were continuing.  The

- 1 -

Parties continue to be actively engaged in settlement discussions and wish to continue said discussions without incurring the cost of litigation.  As such, the Parties agree to allow Defendant a thirty (30) day extension to respond to the Complaint.  Defendant shall have until October 17, 2016 to respond to the Complaint.

The Parties further agree and stipulate that the requirements proscribed in F.R.C.P. 26 and LR 26-1 be tolled.

The Parties further agree and stipulate that should the Parties fail to resolve this matter, Defendant shall have ten (10) days to file a response to the Complaint.

| DATED this 16 day of September, 2016 | DATED this 16 day of September, 2016 |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **DAVIS/STIBOR** |
| /s/ Donna DiMaggio<br>WILLIAM J. WRAY, ESQ.<br>Nevada Bar No. 5834<br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 9794<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Cobra Thermosolar Plants, Inc.* | /s/ Shan Davis<br>SHAN DAVIS, ESQ.<br>Nevada Bar No. 9323<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff The Private Bank and Trust* |

**ORDER**

IT IS SO ORDERED.

DATED: 9-16-2016

_____
**U.S. MAGISTRATE**

- 2 -

10868-01/1765131.docx