WILLIAM J. WRAY, ESQ.
Nevada Bar No. 5834
E-mail: wwray@nevadafirm.com
DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
E-mail: ddimaggio@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorneys for Defendant*
*Cobra Thermosolar Plants, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE PRIVATE BANK AND TRUST COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:16-cv-00983-KJD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESPOND TO DISCOVERY** |

COMES NOW, Defendant, COBRA THERMOSOLAR PLANTS, INC. ("Defendant"), by and through its counsel of record, Williams J. Wray, Esq., and Donna DiMaggio, Esq., of the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and Plaintiff, THE PRIVATE BANK AND TRUST COMPANY ("Plaintiff"), by and through its counsel of record, Shan Davis, Esq., of the law firm of DAVIS/STIBOR, (Plaintiff and Defendant are hereinafter collectively referred to as "Parties") and hereby agree and stipulate as follows:

Plaintiff propounded written discovery on Defendant on January 23, 2017, which included Requests for Production of Documents, Requests for Admission and Interrogatories. As such, responses to said written discovery was due on February 24, 2017. The Parties are actively engaged in settlement discussions and wish to continue

said discussions without incurring the cost of litigation. As such, the Parties agree to allow Defendant additional time to respond to the written discovery propounded by Plaintiff. Therefore, it is agreed Defendant has up to and including March 7, 2017 to respond to the written discovery propounded by Plaintiff.

| DATED this 3rd day of March, 2017. | DATED this 3rd day of March, 2017. |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **DAVIS/STIBOR** |
| /s/ Donna DiMaggio | /s/ Shan Davis (esigned with permission) |
| _____ | _____ |
| WILLIAM J. WRAY, ESQ.<br>Nevada Bar No. 5834<br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 9794<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Cobra Thermosolar Plants, Inc.* | SHAN DAVIS, ESQ.<br>Nevada Bar No. 9323<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff The Private*<br>*Bank and Trust* |

**ORDER**

IT IS SO ORDERED.

DATED: 3-6-2017 _____

_____
**U.S. MAGISTRATE**

Respectfully submitted:

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

/s/ Donna DiMaggio
_____
WILLIAM J. WRAY, ESQ.
Nevada Bar No. 5834
DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant, Cobra Thermosolar Plants, Inc.*

10868-01/1848297.docx