Shan Davis (SBN 9323)
**DAVIS|STIBOR**
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for The PrivateBank and Trust Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE PRIVATEBANK AND TRUST COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA THERMOSOLAR PLANTS, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:16-cv-00983<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the parties to this action, by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims against all parties to the above-captioned action are hereby dismissed with prejudice. Specifically, Plaintiff The PrivateBank and Trust Company dismisses with prejudice its claims for breach of contract, breach of the covenant of good faith and fair dealing, unjust enrichment, equitable lien, and impairment of security interest against Defendant Cobra Thermosolar Plants, Inc.

2. Each party shall bear its own attorneys' fees and costs.

3. This matter is concluded in its entirety and shall be dismissed with prejudice, subject to this Court maintaining jurisdiction over matters related to the parties' settlement agreement.

///

///

///

DATED: March 24, 2017.                    **DAVIS|STIBOR**

/s/ Shan Davis
Shan Davis (SBN 9323)
1180 N. Town Center Drive, #100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Email: shandavis@davisstibor.com
*Attorneys for The PrivateBank and Trust Co.*

DATED: March 24, 2017.                    **HOLLEY DRIGGS WALCH**
                                          **FINE WRAY PUZEY & THOMPSON**

/s/ Donna DiMaggio
Donna DiMaggio (SBN 9794)
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: (702) 791-0308
Email: ddimaggio@nevadafirm.com
*Attorneys for Cobra Thermosolar Plants, Inc*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 3/28/2017